# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, LLC, CAPITOL CHRISTIAN MUSIC GROUP, INC., BEECHWOOD MUSIC CORP., COLGEMS-EMI MUSIC INC., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING, INC. D/B/A EMI FULL KEEL MUSIC, EMI GOLDEN TORCH MUSIC CORP., EMI CONSORTIUM SONGS, INC. D/B/A EMI LONGITUDE MUSIC, EMI AL GALLICO MUSIC CORP., EMI ALGEE MUSIC CORP., EMI FEIST CATALOG INC., EMI GOLD HORIZON MUSIC CORP., EMI GROVE PARK MUSIC INC., EMI HASTINGS CATALOG INC., EMI MILLS MUSIC, INC., EMI MILLER CATALOG INC., EMI ROBBINS CATALOG INC., EMI U CATALOG INC., EMI UNART CATALOG INC., JOBETE MUSIC CO. INC., SCREEN GEMS-EMI MUSIC INC., and STONE DIAMOND MUSIC CORPORATION. | Case No. 3:17-cv-01314-GPC-JMA<br><br>**ORDER ENTERING STIPULATED STAY** |

| | |
|---|---|
| | *Plaintiffs*, |
| | vs. |
| | LESLIE A. BURCHAM, Individually and as Trustee of the SKL Trust, and MICHAEL HAMMER (f/k/a MICHAEL ROBERTSON), Individually and as Trustee of the SKL Trust, |
| | *Defendants*. |

Having considered the parties' Joint Motion to Enter Stipulated STAY or Adjournment, the Court hereby **GRANTS** the joint motion.

**IT IS HEREBY ORDERED** that:

1. This Action shall be stayed. Such stay shall continue until either: (a) the Plaintiffs file a notice that the terms of the parties' settlement agreement have been satisfied and dismissing the Action with prejudice; (b) the Plaintiffs file a declaration stating that the terms of the parties' settlement agreement have not been satisfied or that Defendants are otherwise in material breach; or (c) July 31, 2020, whichever is earlier.

2. In the event of a notice by Plaintiffs under Paragraph 1(a) or, if Plaintiffs have not submitted a declaration under Paragraph 1(b) by July 31, 2020, this Action shall be dismissed with prejudice.

3. In the event Plaintiffs submit to the Court a declaration under Paragraph 1(b) prior to July 31, 2020, the Action shall resume at that time. If the Action resumes pursuant to this paragraph, the lapsed time between the date this Action was initiated and the resumption of this Action may not be invoked by either party as a basis for relief, and shall be excluded from consideration in any calculation of time supporting arguments based on theories of laches, estoppel, the statute of limitations or the doctrine of repose.

4. This Court shall exercise continuing jurisdiction for purposes of the stay of this Action.

**IT IS SO ORDERED.**

Dated: January 18, 2018

Hon. Gonzalo P. Curiel
United States District Judge